**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-272 CR**

**Curtis Allen Kirkland, Appellant**

**VS.**

**The State of Texas, Appellee**

_____

**Appealed from the 9th District Court**
**of Montgomery County, Texas**
**Cause No. 11-10-11344 CR**

**O R D E R**

The District Clerk of Montgomery County, Texas is to forward the following original exhibits to the Clerk of this Court on or before March 22, 2013:

State's Exhibit No.  17 – CD
State's Exhibit No.  17A – Redacted CD

The original exhibits will be returned to the District Clerk of Montgomery County when the appeal is final in this Court.

Entered this 12th day of March, 2013.

PER CURIAM